# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rand, Cassandra Charlene Hope | Docket No. | 0980 2:19CR00185-002 |

### Petition for No Action on Conditions of Pretrial Release

COMES NOW  David L. McCary, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Cassandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rogers sitting in the court at Spokane, Washington, on the 20th day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using  controlled substances, methamphetamine and suboxone, on or prior to September 16, 2020.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she could not use controlled substances.

On September 16, 2020, the defendant reported for a random drug test at STOP. She advised staff she had used suboxone and methamphetamine and signed an admission of drug use form.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   October 23, 2020 |
| by | s/David L. McCary |
| | David L. McCary
U.S. Pretrial Services Officer |

Re: Rand, Cassandra Charlene Hope
October 23, 2020
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

October 23, 2020
Date