UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cassandra Charlene Hope Rand | Docket No. | 0980 2:19CR00185-WFN-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Cassandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rogers sitting in the court at Spokane, Washington, on the 20th day of November 2019, under the following conditions:

**Standard Condition #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to advise of her current address since on or about December 17, 2020.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she must advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address.

On December 17, 2020, the defendant advised she was going to enter inpatient drug treatment with Spokane Addiction Recovery Center (SPARC) in Spokane, Washington. She left inpatient drug treatment to attend detox for up to 5 days, but then aborted detox on December 17, 2020. The defendant has not advised of her whereabouts since aborting detox and her current whereabouts are unknown.

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial supervision by using controlled substances on or prior to December 17, 2020.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she could not use controlled substances.

On December 17, 2020, the defendant advised pretrial services during a phone contact that she had been using controlled substances and needed to enter inpatient drug treatment to address her use.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8

Re: Rand, Cassandra Charlene Hope
December 21, 2020
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: December 21, 2020 |
| by | s/David L. McCary |
|  | David L. McCary
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

December 23, 2020
Date