UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Rand, Casandra Charlene Hope | Docket No. | 0980 2:19CR00185-WFN-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Casandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rogers sitting in the court at Spokane, Washington, on the 20th day of November 2019, under the following conditions:

**Additional Condition #14:** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless defendant first notifies the supervising Pretrial Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** The defendant is considered to be in violation of her conditions of pretrial supervision by leaving the Eastern District of Washington on or prior to January 2, 2021, without obtaining prior approval.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she was to remain within the Eastern District of Washington while her case was pending.

On January 2, 2021, the defendant was contacted by an officer with the Post Falls Police Department in Post Falls, Idaho, after making an illegal turn. The defendant does not have a valid driver's license to operate a motor vehicle. The defendant also had not obtained prior approval to leave the Eastern District of Washington.

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by committing the offense of operating a motor vehicle without a valid driver's license on or prior to January 2, 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she was not to commit any new law violations.

On January 2, 2021, the defendant was contacted by an officer with the Post Falls Police Department in Post Falls, Idaho, after making an illegal turn. The defendant does not have a valid driver's license to operate a motor vehicle. The defendant also had not obtained prior approval to leave the Eastern District of Washington.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

Re: Rand,, Casandra Charlene Hope
January 4, 2021
Page 2

                              I declare under the penalty of perjury that the foregoing is true and correct.

                              Executed on:   January 4, 2021

by    s/David L. McCary

        David L. McCary
        U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

January 4, 2021
Date