UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rand, Casandra Charlene Hope | Docket No. | 0980 2:19CR00185-WFN-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Casandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Conditions #20:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

**Standard Condition #27:** Prohibited Substance Testing. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by using controlled substances on or prior to March 2, 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she could not use controlled substances.

The defendant, during a phone call on March 5, 2021, admitted she used methamphetamine on March 2, 2021, at her clean and sober home due the residents of the home bringing drugs into the house.

**Violation #5:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to submit to prohibited substance testing on March 4, 5, and 11, 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she would be tested for prohibited substances.

The defendant stalled on March 4, and March 5, 2021, at the drug testing site. The defendant was given instructions on March 10, 2021, to submit to a drug test, but due to unreliable transportation, she was unable to submit to testing prior to her 5 p.m. curfew at her current residence.

**Violation #6:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to engage in intensive outpatient treatment during the week of March 1, through March 8, 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she would participate and engage in substance abuse treatment as directed.

On March 11, 2021, the defendant reported she did not engage in treatment due to lack of child care during the week of March 1, 2021. Additionally, during the week of March 8, 2021, she did not make treatment due to tardiness.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 12, 2021

by s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

March 12, 2021
Date