UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rand, Casandra Charlene Hope | Docket No. | 0980 2:19CR00185-WFN-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Casandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of November 2019, under the following conditions:

**Standard Condition #2:** Defendant shall immediately advise the court, defense counsel and U.S. Attorney in writing before any change in address and telephone.

**Standard Conditions #20:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

**Standard Condition #27:** Prohibited Substance Testing. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Violation #7:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to submit to a prohibited substance test on March 11 and 17, 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she would be tested for prohibited substances.

The defendant failed to report for a drug screen test on March 11 and 17, 2021.

**Violation #8:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to engage in treatment, as required in March 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she would participate and engage in substance abuse treatment, as directed.

Since March 11, 2021, the defendant has only engaged in treatment for four group sessions. She is to engage in treatment daily. As of March 19, 2021, the defendant is not in compliance with program rules.

**Violation #9:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to advise this officer prior to any change in residence since on or about March 19, 2021.

The defendant was released from detention on November 20, 2019. She signed her conditions of release on January 15, 2020, stating she understood she must report any change in residence before the occurrence to her supervision officer, her attorney, the U.S. attorney, and the Court.

On March 19, 2021, this officer received information from the Union Gospel Mission that the defendant was terminated from their program as she refused to submit to drug test. The defendant did contact this officer indicating she was at a motel; however, her exact location was not provided and her whereabouts is unknown. It should also be noted this residence has not been authorized.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT AND ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2021

by s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. Defendant is scheduled on a summons for 3/23/21 on previous violations.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

March 19, 2021
Date