# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2022

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.          Rand, Casandra Charlene Hope          Docket No.          0980 2:19CR00185-WFN-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Casandra Charlene Hope Rand, who was placed under pretrial release supervision via a pretrial diversion agreement, by the Honorable Wm. Fremming Nielsen, sitting in the court in Spokane, Washington, on the 19th day of April 2021; and the 19th day of May 2022, under the following conditions:

**Order Re: Diversion Agreement (ECF 176):**  On May 19, 2022, the Court ordered that the defendant must report to her approved housing at an Oxford House, on May 23, 2022, and begin treatment the following day (page 1, lines 27-28; page 2, lines 1-2).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was released from detention on November 20, 2019, and placed on pretrial supervision. She signed her conditions of release on January 15, 2020, stating she understood her conditions. On April 19, 2022, Ms. Rand entered a diversion agreement and signed this agreement acknowledging she understood her conditions. On May 19, 2022, an order was entered modifying the diversion agreement to include residing in an Oxford House, beginning treatment the following day, remaining in the Western District of Washington, authorizing the supervising officer to report alleged violations to request a summons or warrant.

**Violation #1:**. The defendant is considered to be in violation of the conditions of her diversion by being terminated from the Oxford House, on or about June 1, 2022.

Due to Ms. Rand continuing to test positive for illicit substances, the Oxford house in Federal Way, Washington, held an emergency meeting on June 1, 2022. During this meeting it was decided Ms. Rand would be terminated from the house. At this time Ms. Rand does not have any viable housing.

**Violation #2:**  The defendant is considered to be in violation of the conditions of her diversion by not entering treatment by on or about May 24, 2022.

Ms. Rand was required to start treatment the day after entering the Oxford House on May 23, 2022.  She failed to enter treatment as required, and to date has not started treatment at any facility.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          June 2, 2022

by          s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

**PS-8**
**Re: Rand, Casandra Charlene Hope**
**June 2, 2022**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

  6/2/2022
_____
Date