UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rand, Casandra Charlene Hope | Docket No. | 0980 2:19CR00185-WFN-2 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Casandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Wm. Fremming Nielsen sitting in the court at Spokane, Washington, on the 15th day of September 2022, under the following conditions:

**Condition 'j':** You shall report to your supervising pretrial services officer as directed and keep him/her informed of your whereabouts. You shall respond truthfully to all inquiries from your supervising pretrial services officer and follow all directives.

**Condition 'f':** You shall submit to any method of testing required by the Pretrial Service Office for determining whether you are using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. You shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Tests shall not exceed six (6) times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report to the office as directed on September 26, 2022.

On Friday, September 23, 2022, Ms. Rand was instructed to report to the office on Monday, September 26, 2022. Ms. Rand failed to report as directed, advising "she was busy."

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to submit to drug testing as directed on September 26, 2022.

On Monday, September 26, 2022, this officer advised Ms. Rand that she would be required to submit to a drug screen when she reported to the office. Ms. Rand failed to report to the office on that date, and failed to submit to urinalysis testing.

**Violation #3:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report as directed on September 27, 2022.

After Ms. Rand failed to report as directed on September 26, 2022, she was directed to report, again, on September 27, 2022. Ms. Rand failed to show up to the office as directed, and she sent this officer a text message at 12:01 a.m., on September 28, 2022, advising she was having an "off day," which was why she was unable to report to the office.

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to submit to drug testing as directed on September 27, 2022.

As Ms. Rand failed to report to the office as directed on September 27, 2022, she also failed to submit to urinalysis testing on the same date.

PS-8
Re: Rand, Casandra Charlene Hope
September 28, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     September 28, 2022

by     s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

September 28, 2022

Date