PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.      Rand, Casandra Charlene Hope            Docket No.      0980 2:19CR00185-WFN-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Casandra Charlene Hope Rand, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Wm. Fremming Nielsen, sitting in the court at Spokane, Washington, on the 15th day of September 2022, under the following conditions:

**Condition 'd':** You shall refrain from the use or unlawful use of a narcotic drug or other controlled substance defined in Title 21 U.S.C. Section 802, unless prescribed by licensed medical practitioner in conformance with federal law. You may not use or possess marijuana, regardless of whether you have been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** The defendant is considered to be in violation of her conditions of pretrial supervision by using fentanyl and methamphetamine on or about September 20, 2022.

This officer received a fax from Spokane Addiction Recovery Center (SPARC) on October 4, 2022, with a report from Cordant Lab, dated September 26, 2022. The lab reported that Ms. Rand's urinalysis collected on September 20, 2022, was confirmed to be positive for fentanyl, norfentanyl (metabolite of fentanyl), methamphetamine and amphetamine (metabolite of methamphetamine).

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|--|--|
|  | Executed on:      October 4, 2022 |
| by | s/Emely Cubias |
|  | Emely Cubias
U.S. Pretrial Services Officer |

**PS-8**
**Re: Rand, Casandra Charlene Hope**
**October 4, 2022**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

October 5, 2022
Date