PROB 12C
(6/16)

Report Date: January 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Casandra Charlene Hope Rand    Case Number: 0980 2:19CR00185-WFN-2

Address of Offender:    Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 7, 2022

| | | |
|---|---|---|
| Original Offense: | Possession of Narcotics, 21 U.S.C. § 844(a) | |
| Original Sentence: | Prison - 274 days;<br>TSR - 1 year | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 7, 2022 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: December 6, 2023 |

### PETITIONING THE COURT

To issue a summons.

On December 9, 2022, the conditions of supervision were reviewed with Ms. Rand. She signed her judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by using controlled substances, methamphetamine, amphetamine (metabolite), fentanyl and norfentanyl (metabolite), on or about December 9, 2022.<br><br>Three days after Ms. Rand's release from custody, she submitted to a urinalysis at Pioneer Human Services (PHS) that yielded positive for methamphetamine, amphetamine (metabolite), fentanyl and norfentanyl (metabolite), this result was confirmed by the laboratory. Ms. Rand claims she used a controlled substance while in custody. |

Prob12C
**Re: Rand, Casandra Charlene Hope**
**January 18, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by using a controlled substance, fentanyl and norfentanyl (metabolite), on or about December 20, 2022.

Ms. Rand submitted to a urinalysis on December 20, 2022, as instructed by the undersigned officer during a field contact. This sample was initially positive for opiates during the contact. Ms. Rand denied any illicit drug use and the sample was sent to the lab for further testing. On December 29, 2022, the lab confirmed the sample was positive for fentanyl and norfentanyl, and additionally marked the sample as dilute.

3     **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by failing to submit to a urinalysis test on December 22, 2022.

Ms. Rand was placed on the PHS drug testing line and was required to report for a drug test when the color brown was called. On December 22, 2022, the color brown was announced for testing. Ms. Rand did not appear for testing.

4     **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by stalling and failing to submit to urinalysis testing on January 6, 2023.

On January 6, 2023, Ms. Rand advised she reported to Pioneer Human Services for a urinalysis. Ms. Rand stalled and was unable to provide a sample during the allotted time.

5     **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by using a controlled substance, fentanyl, on or about January 7, 2023.

Ms. Rand reported to the probation office on January 9, 2023, and submitted a urine sample which yielded presumptive positive for fentanyl, amphetamine, and methamphetamine. Ms. Rand admitted to using fentanyl on January 7, 2023, but denies any methamphetamine use. The sample has been sent to the lab for further confirmation.

Prob12C
Re: Rand, Casandra Charlene Hope
January 18, 2023
Page 3

| | |
|---|---|
| 6 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by failing to submit to urinalysis testing on January 11, 2023.

On January 11, 2023, the color brown was announced for testing at PHS. Ms. Rand did not appear for testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 18, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
January 19, 2023
Date