PROB 12C
(6/16)

Report Date: February 7, 2023

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Casandra Charlene Hope Rand          Case Number: 0980 2:19CR00185-WFN-2

Address of Offender:                          Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 7, 2022

| | | |
|---|---|---|
| Original Offense: | Possession of Narcotics, 21 U.S.C. § 844(a) | |
| Original Sentence: | Prison - 274 days;<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 7, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 6, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/18/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by using controlled substance, fentanyl, on or about January 26, 2023.<br><br>On February 2, 2023, this officer received laboratory results from Ms. Rand's Department of Children, Youth and Families (DCYF) case manager reporting Ms. Rand's urinalysis collected on January 26, 2023, was positive for fentanyl. |
| 8 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Rand, Casandra Charlene Hope
February 7, 2023
Page 2

**Supporting Evidence**: Ms. Rand is alleged to have violated the terms of her supervised release by stalling and failing to submit to urinalysis testing on January 24, 2023.

On February 2, 2023, this officer received notification from Ms. Rand's Department of Children, Youth and Families (DCYF) case manager advising Ms. Rand failed to submit to urinalysis as directed on January 24, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/8/2023
Date